UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michael Gregory Glawe, | File No. 22-cv-2423 (ECT/TNL) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Jarid Rardin, *Warden Federal Med. Center*, | |
| Respondent. | |

---

Magistrate Judge Tony N. Leung issued a Report and Recommendation on November 10, 2022. ECF No. 8. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 8] is **ACCEPTED**;

2. Glawe's Motion for Waiver of Administrative Remedies Due to Time Issues to File Under 28 U.S.C. § 2241 [ECF No. 2] is **GRANTED**;

3. Glawe's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED**;

4. This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 6, 2022        s/ Eric C. Tostrud
                               Eric C. Tostrud
                               United States District Court